UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO.  2:13-cr-89-FtM-38CM

MARTHA OTANO

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture in partial satisfaction of the $1,307,000.00 money judgment pursuant to 21 U.S.C. § 853(p), as incorporated by 31 U.S.C. § 5317(c)(1)(B) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

   a.   Approximately $104,628.86 seized from Bank of America account number 229018579207;

   b.   Approximately $48,823.76 seized from Fifth Third Bank account number 7432958770;

   c.   Approximately $49,832.55 seized from Fifth Third Bank account number 7432958762;

   d.   Cash in the amount of $1,092.00;

   e.   Cash in the amount of $475,260.00;

   f.   Cash in the amount of $70,888.00;

   g.   $72,727.27 sent via wire transfer to the United States Secret Service on or about January 22, 2014;

   h.   2012 Chevy Truck registered to St. Victory Inc., Vehicle Identification Number: 1GC1KXC80CF126482;

      i.      2013 Mercedes registered to St. Victory Inc., Vehicle Identification Number: WDDLJ7EB1DA062414; and

      j.      $37,124.35 currently held in the Trust Account of Attorney Robert N. Nicholson, Esq.

On July 14, 2014, the Court entered a Preliminary Order of Forfeiture the assets identified above, pursuant to 21 U.S.C. § 853(p), as incorporated by 31 U.S.C. § 5317(c)(1)(B). Doc. 128.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from July 15, 2015 through August 13, 2015 and August 19, 2015 through September 17, 2015. Docs. 193, 194. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n) and due process, the United States properly noticed St. Victory, Inc. and St. Jude's Pharmacy, Inc., the only entity known to have a potential interest in the assets.

No other third party or entity has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is GRANTED.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 19th day of October, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties\Counsel of Record